140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

JOHN W. GRACE, Respondent, v MICHAEL R. LAW et al., Appellants. [972 NYS2d 139]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.

DASZ, INC., Appellant, v MERITOCRACY VENTURES, LTD., et al., Respondents, et al., Defendants. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni and Sconiers, JJ.

EVELYN M. GRAY, Appellant, v ASTON B. WILLIAMS, M.D., Respondent. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni and Sconiers, JJ.

In the Matter of DAVID REDMOND, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [972 NYS2d 140]—Motion for reargument or reconsideration denied. Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.

FREDERICK D. TAYLOR, Respondent, v DANRICH HOMES, INC., Appellant. [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.

PATRICIA J. CURTO, Appellant, v NEW YORK STATE COLLEGE OF VETERINARY MEDICINE AT CORNELL et al., Respondents, et al., Defendants. (Appeal No. 1.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

PATRICIA J. CURTO, Appellant, v NEW YORK STATE COLLEGE OF VETERINARY MEDICINE AT CORNELL et al., Respondents, et al., Defendants. (Appeal No. 2.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

APRYL CALACI, Respondent, v ALLIED INTERSTATE, INC., et al., Appellants. (Appeal No. 2.) [972 NYS2d 140]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PENNINGTON, Appellant. [972 NYS2d 140]—Motion for rear-